# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| LYNN BROOKS AND BETSY BROOKS, | |
| PLAINTIFFS, | CIVIL ACTION FILE NO. 3:22-cv-00103-CDL |
| v. | |
| AK CREATION, LLC, EDWARD BETHEA, and PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, | |
| DEFENDANTS. | |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs and Defendants, by and through their counsel of record, and notifies this Court that this matter has been SETTLED. The parties are currently waiting for settlement documents and a dismissal will be filed once executed.

Respectfully submitted this 3rd day of October, 2023.

**BENTON & BENTON, LLC**

<u>*/s/ Bartlett Benton*</u>
Bartlett Benton
Georgia Bar No. 818459
Eugene M. Benton
Georgia Bar No. 053425
*Attorneys for Plaintiff*

218 Alcovy Street
Monroe, Georgia 30655
Phone: 866-974-0330
Fax: +1 678-345-3325
bart@bentonandbentonlaw.com
gene@bentonandbentonlaw.com

**FLETCHER LAW, LLC**

<u>*/s/ Jason Fletcher*</u>
Jason Fletcher
Georgia Bar No. 863844
*Attorney for Plaintiffs*

320 East Clayton Street
Suite 408
Athens, Georgia 30601
Phone: (762) 499-2966
attorneyjasonfletcher@outlook.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| LYNN BROOKS AND BETSY BROOKS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action File No. 3:22-cv-00103-CDL ) |
| AK CREATION, LLC, EDWARD BETHEA, and PROGRESSIVE SOUTHEASTERN INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day forwarded the foregoing **NOTICE OF SETTLEMENT** via statutory electronic service to the following counsel of record, addressed as follows:

Ryan Dixon
Michael Yates
Copeland, Stair, Valz & Lovell, LLP
191 Peachtree Tower
Suite 3600
P.O. Box 56887
Atlanta, GA 30303
rdixon@csvl.law
mjyates@csvl.law
*Attorneys for Defendants AK Creation, LLC and*
*Progressive Southeastern Insurance Company*

Kevin T. Shires  
Loren A. Rafferty  
Shires, Peake, & Gottlieb, LLC  
284 North Main Street  
Alpharetta, GA 30009  
kshires@spgattorneys.com  
lrafferty@spgattorneys.com  
*Attorneys for Defendant Edward Bethea*

This 3rd day of October, 2023.

                                      **BENTON & BENTON, LLC**

                                      */s/ Bartlett Benton*  
                                      Bartlett Benton  
                                      Georgia Bar No. 818459

218 Alcovy Street  
Monroe, Georgia 30655  
Phone: (866) 974-0330  
bart@bentonandbentonlaw.com